938 A.2d 917

IN THE MATTER OF DEBORAH A. PIERCE, AN ATTORNEY
AT LAW (ATTORNEY NO. 018901994).

December 6, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–119, concluding that **DEBORAH A. PIERCE,** formerly of **VAUXHALL,** who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since June 23, 2006, by Order of this Court filed on May 24, 2006, should be suspended from the practice of law for a period of one year for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.16(d)(improper termination of representation), and *RPC* 8.1(b)(failure to cooperate with ethics authorities);

And the Court having determined that the failure of the formal complaint to satisfy the requirement of *Rule* 1:20–4(b) in respect of the violation of *RPC* 1.1(a) and *RPC* 8.1(b) found by the Disciplinary Review Board requires that the Board's determination in that regard be vacated;

And good cause appearing;

It is ORDERED that the determination of the Disciplinary Review Board that respondent violated *RPC* 1.1(a) and *RPC* 8.1(b) is vacated; and it is further

ORDERED that **DEBORAH A. PIERCE** is suspended from the practice of law for a period one year, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent shall not be reinstated to the practice of law unless and until she satisfies the outstanding fee arbitration determination in the *DeAnaelo* matter, docketed as District Docket No. XII–03–031F, and pays the sanction in the

amount of $500 to the Disciplinary Oversight Committee as ordered by the Court on May 24, 2006; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.